# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Wright, Jeremy      Docket No.      0980 2:23CR00047-TOR-6

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Jonathan C Bot, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jeremy Wright, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 25th day of April 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 25, 2023, Mr. Wright's conditions of pretrial release were reviewed and he signed said conditions acknowledging he understood his requirements.

**Violation #1:** It is alleged that Mr. Wright violated the conditions of pretrial release by using methamphetamine on or about April 25, 2023.

**Supporting evidence:** Specifically, on April 25, 2023, Mr. Wright provided a urinalysis that tested presumptive positive for methamphetamine and this specimen was sent to the laboratory for confirmation. Thereafter, Mr. Wright stated that the last time he used methamphetamine was on or about April 19, 2023, which was the day he was arrested on the instant offense. On April 28, 2023, the urinalysis specimen was confirmed positive for methamphetamine.

**Violation # 2:** It is alleged that Mr. Wright violated the conditions of pretrial release by using methamphetamine on or about May 14, 2023.

**Supporting evidence:** Specifically, on May 15, 2023, Mr. Wright provided a urinalysis that tested presumptive positive for methamphetamine and this specimen was sent to the laboratory for confirmation. On May 17, 2023, Mr. Wright avowed to the undersigned that he used a friend's vape device which was previously used to smoke methamphetamine. On May 25, 2023, the aforementioned urinalysis sample was confirmed positive for methamphetamine.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    June 5, 2023 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8
**Re: Wright, Jeremy**
**June 5, 2023**
**Page 2**

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/5/23

Date