PS 8
(3/15)

Case 2:23-cr-00047-TOR   ECF No. 121   filed 06/20/23   PageID.283   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wright, Jeremy | Docket No. | 0980 2:23CR00047-TOR-6 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jeremy Wright, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 24th day of April 2023, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 25, 2023, Mr. Wright's conditions of pretrial release were reviewed with him and he signed said conditions acknowledging he understood his requirements.

**Violation #1:** It is alleged that Mr. Wright violated the conditions of pretrial release by using methamphetamine on or about June 7, 2023.

**Supporting evidence:** On June 8, 2023, Mr. Wright provided a urine sample that tested presumptive positive; thereafter, he admitted to using methamphetamine via a signed document on or about June 7, 2023.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    June 16, 2023 |
| | by | s/Jonathan C. Bot |
| | | Jonathan C Bot<br>U.S. Pretrial Services Officer |

PS-8
**Re: Wright, Jeremy**
**June 16, 2023**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
_____
Signature of Judicial Officer

6/20/23
_____
Date