PS 8
(3/15)

Case 2:23-cr-00047-TOR   ECF No. 122   filed 07/11/23   PageID.285   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Wright, Jeremy       Docket No.   0980 2:23CR00047-TOR-6

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Jonathan C Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jeremy Wright, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 25th day of April 2023, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Condition #17: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 25, 2023, Mr. Wright's conditions of pretrial release were reviewed with him and he signed said conditions acknowledging he understood his requirements.

**Violation #2:** It is alleged that Mr. Wright violated the conditions of pretrial release by using methamphetamine on or about July 7, 2023.

**Supporting evidence:** Specifically, on July 10, 2023, the undersigned spoke to Mr. Wright via telephone. It was at that time the undersigned initially inquired with Mr. Wright as to why he failed to appear for his random urinalysis on that date. He ultimately admitted that he last used methamphetamine on or about July 7, 2023.

**Violation #3:** It is alleged that Mr. Wright violated the conditions of pretrial release by failing to appear for a random urinalysis on July 6 and 10, 2023.

**Supporting evidence:** Specifically, on May 1, 2023, Mr. Wright was advised he would be placed on the random phase urinalysis testing program at Okanagan Behavioral Healthcare (OBHC). Mr. Wright was further advised he would be on the urinalysis testing color brown. He was directed to call the testing line every day, and was to report to OBHC on the days that brown was called, in order to submit to urinalysis. Mr. Wright acknowledged an understanding of this process.

Per OBHC, Mr. Wright failed to show for his random urinalysis on July 6 and 10, 2023. On July 10, 2023, Mr. Wright acknowledged that he forgot to call the urinalysis hotline on July 6 and 10, 2023.

  PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE
    VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

**Re: Wright, Jeremy**
**July 11, 2023**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  July 11, 2023

by  s/Jonathan C. Bot

Jonathan C Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/11/23

Date